THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| DANIEL BREWER,<br><br>                    Plaintiff,<br><br>    v.<br><br>CITY OF BAINBRIDGE ISLAND,<br><br>                    Defendant. | No. C04-5293RJB<br><br>**STIPULATION AND ORDER TO CONTINUE PRETRIAL DATES** |

## I.   STIPULATION

The parties hereby stipulate that, for the purpose of advancing settlement discussions, the following pretrial dates shall be continued four (4) weeks, until the date set forth below:

| **Pretrial Action** | **New Due Date** |
|---|---|
| 1.   Expert Witness and Testimony Disclosure/FRCP 26(a)(2) | August 24, 2005 |
| 2.   All motions related to discovery | October 3, 2005 |
| 3.   Discovery Cutoff | October 24, 2005 |
| 4.   All dispositive motions | November 22, 2005 |

All other pretrial dates not listed above, in addition to the trial date, shall remain the same.

STIPULATION AND ORDER TO CONTINUE PRETRIAL DATES - 1
Cause No. C04-5293RJB
S:\BRYAN\SHARE\brewer.stip.ord.doc

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

1   DATED this 14th day of July, 2005.

2                                   KEATING, BUCKLIN & McCORMACK, INC., P.S.

3   s/ Stephanie E. Croll
    Stephanie E. Croll, WSBA # 18005
4   Attorney for Defendant City of Bainbridge Island
    Keating Bucklin & McCormack, Inc., P.S.
5   800 Fifth Avenue, #4141
    (206) 623-8861
6   (206) 223-9423 Facsimile
    scroll@kbmlawyers.com

7
    BRICKLIN NEWMAN DOLD, LLP
8

9   s/ David Bricklin
    David A. Bricklin, WSBA #7583
    Ryan P. Vancil, WSBA #31913
10  Plaintiff Daniel Brewer
    Bricklin Newman Dold, LLP
11  1414 Fourth Avenue, #1015
    Seattle, WA 98101-2217
12  (206) 621-8868

13  JOHANNESSEN & ASSOCIATES, P.S.

14  s/ Kim Johannessen
    Kim Maree Johannessen, WSBA #21447
15  Johannessen & Associates, P.S.
    5413 Meridian Avenue N., #C
16  Seattle, WA  98103
    (206) 632-2000
17

18

19

20

21

22

23

24

STIPULATION AND ORDER TO CONTINUE
PRETRIAL DATES - 2
Cause No. C04-5293RJB
S:\BRYAN\SHARE\brewer.stip.ord.doc

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE:  (206) 623-8861
FAX:   (206) 223-9423

## II.  ORDER

Based on the foregoing Stipulation of the parties, it is hereby ordered that the following listed pretrial dates are continued four (4) weeks as set forth herein:

| Pretrial Action | New Due Date |
|---|---|
| 1. Expert Witness and Testimony Disclosure/FRCP 26(a)(2) | August 24, 2005 |
| 2. All motions related to discovery | October 3, 2005 |
| 3. Discovery Cutoff | October 24, 2005 |
| 4. All dispositive motions | November 22, 2005 |

It is further ordered that all other pretrial dates, and the trial date, shall remain the same.

DONE IN OPEN COURT this 14th day of July, 2005.

*Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

Presented by:

KEATING, BUCKLIN & McCORMACK, INC., P.S.

s/Stephanie E. Croll
Stephanie E. Croll, WSBA # 18005
Defendant City of Bainbridge Island
Keating Bucklin & McCormack, Inc., P.S.
800 Fifth Avenue, #4141
(206) 623-8861
(206) 223-9423 Facsimile
scroll@kbmlawyers.com

STIPULATION AND ORDER TO CONTINUE PRETRIAL DATES - 3
Cause No. C04-5293RJB
S:\BRYAN\SHARE\brewer.stip.ord.doc

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

1  BRICKLIN NEWMAN DOLD, LLP

2  s/ David Bricklin
David A. Bricklin, WSBA #7583
3  Ryan P. Vancil, WSBA #31913
Plaintiff Daniel Brewer
4  Bricklin Newman Dold, LLP
1414 Fourth Avenue, #1015
5  Seattle, WA 98101-2217
(206) 621-8868
6
JOHANNESSEN & ASSOCIATES, P.S.
7
s/ Kim Johannessen
8  Kim Maree Johannessen, WSBA #21447
Johannessen & Associates, P.S.
9  5413 Meridian Avenue N., #C
Seattle, WA  98103
10  (206) 632-2000

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATION AND ORDER TO CONTINUE PRETRIAL DATES - 4
Cause No. C04-5293RJB
S:\BRYAN\SHARE\brewer.stip.ord.doc

**KEATING, BUCKLIN & MCCORMACK, INC., P.S.**
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE:  (206) 623-8861
FAX:  (206) 223-9423