UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LEHMAN COMMERCIAL PAPER, INC., a New York corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SEABOARD, INC., a Washington corporation; MICHAEL R. MASTRO and JANE DOE MASTRO, husband and wife and their marital community; MICHAEL K. MASTRO and JANE DOE MASTRO, husband and wife and their marital community,<br><br>　　　　　　　Defendants. | Case No.  C04-5410RJB<br><br>ORDER OF DISMISSAL: |

　　Counsel having notified the Court of settlement of this case, and it appearing that no issue remains for the Court's determination, IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.  In the event that settlement is not perfected, any party may move to reopen the case within 10 days of the date of this order.

　　The Clerk of the Court is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

　　DATED this 14th day of September, 2005.

　　　　　　　　　　　　　　　　　　_/s/ Robert J. Bryan_
　　　　　　　　　　　　　　　　　　Robert J. Bryan
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER OF DISMISSAL
Page - 1